■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS SIMMONS, Appellant. [646 NYS2d 468] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Mischief, 3rd Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SILAS COOPER, Appellant, v CHARLES BRUNELLE, as Superintendent of Wyoming Correctional Facility, et al., Respondents. [646 NYS2d 468] —Judgment unanimously affirmed without costs. Memorandum: Relator commenced this habeas corpus proceeding seeking annulment of the determination revoking his parole. Relator contends that the parole revocation warrant was issued by the same parole officer who submitted a report recommending issuance of the warrant, in violation of 9 NYCRR 8004.2 (a) and (b). By waiving his right to a preliminary revocation hearing, relator waived the right to challenge that violation. In any event, the requirement that the warrant be issued by an officer other than the one recommending its issuance is "in the nature of a procedural 'housekeeping' rule" (*People v Dyla,* 142 AD2d 423, 441, *lv denied* 74 NY2d 808), and, in the absence of prejudice, the violation of that requirement does not warrant annulment of the determination. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Fallon, Callahan and Balio, JJ.